# Court of Appeals
# of the State of Georgia

ATLANTA,    July 07, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0429. SHOOTER ALLEY, INC. v. CITY OF DORAVILLE, GEORGIA.**

Shooter Alley, Inc. filed this application for discretionary review, seeking leave to appeal a May 20, 2016 order finding the company to be in civil and criminal contempt of an injunctive order and ordering the company to pay attorney fees under OCGA § 9-15-14. A discretionary application, however, was not necessary here. Judgments of contempt are directly appealable. OCGA § 5-6-34 (a) (2); *In re Booker*, 186 Ga. App. 614 (367 SE2d 850) (1988). Although an order awarding OCGA § 9-15-14 fees requires a discretionary application, here the attorney fee award is being appealed along with a directly appealable ruling. Thus, no application is required. See *Stancil v. Gwinnett County*, 259 Ga. 507, 508 (384 SE2d 666) (1989); see also *Haggard v. Board of Regents*, 257 Ga. 524, 526 (4) (a) (360 SE2d 566) (1987).

We will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Shooter Alley shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, Shooter Alley has already filed a notice of appeal from the order at issue, it need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*_____07/07/2016_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*